UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jerry Adair, et al.                ,

Movants,

v.

Adobe Systems, Inc.,              ,

Respondent.

Case No. 5:26-mc-80144-VKD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Chen Kasher_____, an active member in good standing of the bar of Missouri_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Movants_____ in the above-entitled action. My local co-counsel in this case is Jamie L. Dupree_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 158105_____.

Schlichter Bogard LLC
100 S Fourth Street, Suite 1200, St. Louis, MO 63102
MY ADDRESS OF RECORD

Futterman Dupree Dodd Croley Maier LLP
601 Montgomery Street, Suite 1210, San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

314-621-6115
MY TELEPHONE # OF RECORD

(415) 399-3840
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ckasher@uselaws.com
MY EMAIL ADDRESS OF RECORD

JDupree@FDDCM.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 76247_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/18/2026

Chen Kasher
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Chen Kasher is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:      May 18, 2026

UNITED STATES MAGISTRATE JUDGE
Virginia K. DeMarchi

United States District Court
Northern District of California

Updated 11/2021                    2