UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jerry Mitchell Adair, et al.         ,

Plaintiff(s),

v.

Adobe Inc.                           ,

Defendant(s).

Case No. 5:26-mc-80144-VKD

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, David B. Schwartz, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Adobe Inc. in the above-entitled action. My local co-counsel in this case is Kristina Iliopoulos, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 341548.

250 West 55th Street
New York, NY 10019-9710
MY ADDRESS OF RECORD

212-836-7383
MY TELEPHONE # OF RECORD

David.Schwartz@arnoldporter.com
MY EMAIL ADDRESS OF RECORD

777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

213-243-4160
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Kristina.Iliopoulos@arnoldporter.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4916821.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ____1____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2026

David B. Schwartz
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  David B. Schwartz  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:        May 20, 2026

UNITED STATES MAGISTRATE JUDGE
Virginia K. DeMarchi

United States District Court
Northern District of California

Updated 11/2021

2